# STATE OF MICHIGAN

# COURT OF APPEALS

SEFIKA ADEMI,

Plaintiff-Appellant,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and AMERISURE
INSURANCE COMPANY,

Defendants-Appellees,

and

LANCER INSURANCE COMPANY,

Defendant.

UNPUBLISHED
June 25, 2015

No. 319934
Kent Circuit Court
LC No. 12-002714-NF

Before: BECKERING, P.J., and MARKEY and SHAPIRO, JJ.

SHAPIRO, J. (*concurring*).

If the applicable standard of review were *de novo*, I would conclude that the economist's report provided to defendant constituted reasonable proof as to economic losses. However, the issue is close and I cannot conclude that the trial court's findings, made after conducting a full bench trial, were clearly erroneous. See *Arbor Farms, LLC v GeoStar Corp*, 305 Mich App 374, 386-387; 853 NW2d 421 (2014). Accordingly, I concur.

/s/ Douglas B. Shapiro